

**Entered on Docket
September 26, 2011**

*Bruce A. Markell*
_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

1 | KATHLEEN A. LEAVITT
~~CHAPTER 13 STANDING TRUSTEE~~
2 | 201 Las Vegas Blvd SouthSuite 200
Las Vegas, NV  89101
3 | (702) 853-0700

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| **IN RE:**<br>**JESUS O GONZALEZ**<br>**LINDA P FIGUEROA**<br><br>**Debtors**<br><br>**PRO SE DEBTOR**<br>**Attorney for Debtors** | Chapter 13<br> BKS-11-22546-BAM<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

**EX-PARTE ORDER DISMISSING CHAPTER 13
CASE PURSUANT TO 11 U.S.C. SECTION 521(i)**

   As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not

filed Schedules A through J, the Statement of Financial Affairs and Chapter 13 Plan as required within

the forty-five (45) day period, which expired on September 22, 2011.

. . .

. . .

. . .

1

1    **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is

2    **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

3    **IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as

4    and for administrative expenses from the balance on hand in this case, if any.

5    **IT IS SO ORDERED.**

6    Submitted by:

7    /s/ Kathleen A. Leavitt

8    KATHLEEN A. LEAVITT
      CHAPTER 13 BANKRUPTCY TRUSTEE
      Dated: September 23, 2011

9    (alr)

10

11

12

13

14

15

16

17

18

19

20